

# OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

February 10, 2022

**By ECF**

Patricia Dodszuweit, Clerk
Office of the Clerk
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *PJM Power Providers Group v. Federal Energy Regulatory Comm'n*,
              Case Nos. 21-3068, 21-3205, 21-3243, and 22-1158 (consolidated)

Dear Ms. Dodszuweit:

      On December 3, 2021, the Illinois Commerce Commission and People of the State of Illinois were granted leave to intervene in *PJM Power Providers Group v. Federal Energy Regulatory Comm'n*, Case No. 21-3068 (ECF 45), and in *Electric Power Supply Ass'n v. Federal Energy Regulatory Comm'n*, Case No. 21-3205 (ECF 17).  On December 6, 2021, the Court consolidated these two actions with *Pennsylvania Public Utility Co. v. Federal Energy Regulatory Comm'n*, Case No. 21-3243 (No. 21-3068 (ECF 53); No. 21-3205 (ECF 25); No. 21-3243 (ECF 3)).  On January 28, 2022, the Court consolidated *Old Dominion Electric Coop. v. Federal Energy Regulatory Comm'n* (Case No. 22-1158), with the earlier-filed actions.

      On February 3, 2022, the Court entered an order in all four cases advising the intervenors "that if they were granted leave to intervene in any of the earlier filed petitions, and if they wish to intervene in any of the later filed petitions, the parties/intervenors only need to file a letter for the Clerk's information indicating that they wish to proceed in the later filed petition."  In accordance with this order, the Illinois Commerce Commission and People of the State of Illinois respectfully request that they be permitted to participate in support of the respondent Federal

**500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046**
**100 West Randolph Street, Chicago, Illinois, 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806**
**1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416**

Energy Regulatory Commission in all of the consolidated cases, including Case Nos. 21-3243 and 22-1158.

        Very truly yours,

         */s/ Sarah A. Hunger*
        Deputy Solicitor General
        Office of the Illinois Attorney General
        100 West Randolph Street
        12th Floor
        Chicago, Illinois 60601
        (312) 814-5202
        Sarah.Hunger@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on February 10, 2022, I electronically filed the foregoing <u>Letter to the Clerk</u> on behalf of the Illinois Commerce Commission and the People of the State of Illinois with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal are registered CM/ECF users and thus will be served by the CM/ECF system:

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


        /s/ *Sarah A. Hunger*
        **SARAH A. HUNGER**
        Deputy Solicitor General
        Office of the Illinois Attorney General
        100 West Randolph Street
        12th Floor
        Chicago, Illinois 60601
        (312) 814-5202
        Sarah.Hunger@ilag.gov